1  Charles J. Cooper (Appearing *Pro Hac Vice*),
   DC Bar No. 248070
2  COOPER & KIRK, PLLC
   1523 New Hampshire Avenue, NW
3  Washington, DC  20036
   Telephone: (202) 220-9600
4  Email: ccooper@cooperkirk.com

5  Michael B. McClellan, CBN 241570
   NEWMEYER & DILLION LLP
6  895 Dove Street, Fifth Floor
   Newport Beach, CA  92660
7  Telephone: (949) 854-7000
   Email: Michael.McClellan@ndlf.com
8
   Michael W. Battin, CBN 183870
9  NAVIGATO & BATTIN, LLP
   755 West A Street, Suite 150
10 San Diego, CA  92101
   Telephone: (619) 233-5365
11 Email: mike@navbat.com

12 *Attorneys for Plaintiff The GEO Group, Inc.*

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  THE GEO GROUP, INC., | Case No. 19cv2491-JLS-WVG |
| 16              Plaintiff, | Assigned to District Judge Janis L. Sammartino |
| 17  v. | Assigned to Magistrate Judge William v. Gallo |
| 18  GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | **DECLARATION OF C. KENDIE SCHLECHT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| 21              Defendants. | [*Notion of Motion and Motion; Memorandum of Points and Authorities; Declaration of Amber Martin; Appendix of Exhibits filed concurrently herewith; Order lodged concurrently herewith*] |
| | Hearing Date:  April 16, 2020<br>Hearing Time:  1:30 p.m.<br>Place:    4D (4th Floor – Schwartz) |
| | FILE DATE:    December 30, 2019<br>TRIAL DATE:   No Date Set |

1    I, C. Kendie Schlecht, declare as follows:

2    1.    I am an attorney at law in good standing and duly licensed to practice in
3    the United States District Court for the Southern District California. I am an attorney
4    with the law firm of Newmeyer & Dillion LLP, counsel of record for Plaintiff The
5    GEO Group, Inc., in this matter. Except as stated upon information and belief, I have
6    personal knowledge of the facts set forth in this declaration and, if called as a witness,
7    I could and would testify under oath competently thereto.

8    2.    Attached to the concurrently filed Appendix of Exhibits as Exhibit F is
9    a true and correct copy of a publication entitled: U.S. Marshals Service, Defendants
10   in Custody and Prisoner Management (last accessed Dec. 30, 2019),
11   https://bit.ly/2MSd4Wv. This is a publication issued by the U.S. Marshals Service,
12   a public authority. On December 30, 2019, I printed the publication from the U.S.
13   Marshals Service's official website: https://www.usmarshals.gov/prisoner/ and the
14   attached publication is an accurate reflection of what appeared on the website.

15   3.    Attached to the concurrently filed Appendix of Exhibits as Exhibit G is
16   a true and correct copy of a publication entitled: United States Marshals Service,
17   Fact Sheet: Prisoner Operations 2 (2019), https://bit.ly/2Yi5RED. This is a
18   publication issued by the U.S. Marshals Service, a public authority. On December
19   30, 2019, I printed the publication from the U.S. Marshals Service's official website:
20   https://www.usmarshals.gov/duties/factsheets/prisoner_ops.pdf and the attached
21   publication is an accurate reflection of what appeared on the website.

22   4.    Attached to the concurrently filed Appendix of Exhibits as Exhibit H is
23   a true and correct copy of relevant excerpts from a publication entitled: United States
24   Marshals Service, FY 2020 Performance Budget President's Budget: Federal
25   Prisoner Detention Appropriation 2, 4, 15, 19, 30 (2019), https://bit.ly/2SnzdAx.
26   This is a publication issued by the U.S. Marshals Service, a public authority. On
27   December 30, 2019, I printed the publication from the U.S. Marshals Service's
28   official website: https://www.justice.gov/jmd/page/file/1144161/download and the

1  attached publication is an accurate reflection of what appeared on the website.

2       5.    Attached to the concurrently filed Appendix of Exhibits as Exhibit I is
3  a true and correct copy of relevant excerpts from a publication entitled: United States
4  Marshals Service, USMS Detention Population 2 (Apr. 31, 2019),
5  https://bit.ly/2BmUFMp. This is a publication issued by the U.S. Marshals Service,
6  a public authority. On December 30, 2019, I printed the publication from the U.S.
7  Marshals Service's official website: https://www.usmarshals.gov/prisoner/detention-
8  population.pdf and the attached publication is an accurate reflection of what appeared
9  on the website.

10       6.    Attached to the concurrently filed Appendix of Exhibits as Exhibit J is
11  a true and correct copy of relevant excerpts from a publication entitled: U.S.
12  Immigration and Customs Enforcement, Celebrating the History of ICE (Mar. 1,
13  2019), https://bit.ly/35Jas68. This is a publication issued by U.S. Immigration and
14  Customs Enforcement, a public authority. On December 31, 2019, I printed the
15  publication from the official website of the Department of Homeland Security:
16  https://www.ice.gov/features/history and the attached publication is an accurate
17  reflection of what appeared on the website.

18       7.    Attached to the concurrently filed Appendix of Exhibits as Exhibit K is
19  a true and correct copy of a publication entitled: Statement of Matthew T. Albence,
20  Acting Director, U.S. Immigration and Customs Enforcement, The Fiscal Year 2020
21  President's Budget Request 4 (July 25, 2019), https://bit.ly/2Bllfp9. This is a
22  publication issued by U.S. Immigration and Customs Enforcement, a public
23  authority. On December 30, 2019, I printed the publication from the official website
24  of the Department of Homeland Security:
25  https://www.ice.gov/sites/default/files/documents/Speech/2019/190725albence.pdf
26  and the attached publication is an accurate reflection of what appeared on the website.

27       8.    Attached to the concurrently filed Appendix of Exhibits as Exhibit L is
28  a true and correct copy of relevant excerpts from a publication entitled: Department

1  of Homeland Security, U.S. Immigration and Customs Enforcement Budget
2  Overview, Fiscal Year 2020 Congressional Justification ICE-O&S-16, ICE-O&S-
3  119 (2019), https://bit.ly/336G3g3.  This is a publication issued by the Department
4  of Homeland Security, U.S. Immigration of Customs Enforcement, which are both
5  public authorities.  On December 30, 2019, I printed the publication from the official
6  website of the Department of Homeland Security:
7  https://www.dhs.gov/sites/default/files/publications/19_0318_MGMT_CBJ-
8  Immigration-Customs-Enforcement_0.pdf and the attached publication is an accurate
9  reflection of what appeared on the website.

10       9.     Attached hereto as Exhibit M is a true and correct copy of relevant
11 excerpts from a publication entitled:  Audrey Singer, Cong. Research Serv., R45804,
12 Immigration: Alternatives to Detention (ATD) Programs 14 (2019),
13 https://bit.ly/2ojQNsE.  This is a publication issued by the Congressional Research
14 Service, a federal legislative branch agency serving the United States Congress.  On
15 December 30, 2019, I printed the publication from the official website of the
16 Congressional Research Service:  https://fas.org/sgp/crs/homesec/R45804.pdf and
17 the attached publication is an accurate reflection of what appeared on the website.

18       10.    Attached hereto as Exhibit N is a true and correct copy of a New York
19 Times news article entitled:  Caitlin Dickerson, ICE Faces Migrant Detention Crunch
20 as Border Chaos Spills Into Interior of the Country, New York Times, Apr. 22, 2019,
21 at A14, https://nyti.ms/2BEKvGS.  The New York Times is a newspaper or
22 periodical.  On December 30, 2019, I printed the publication from the New York
23 Times website:
24 https://www.nytimes.com/2019/04/22/us/immigration-detention.html and the
25 attached publication is an accurate reflection of what appeared on the website.

26       11.    Attached hereto as Exhibit O is a true and correct copy of a publication
27 entitled:  Senate Rules Comm., Senate Floor Analyses for SB-29, 2017–18
28 Legislative Session, 1st Sess., at 5 (Cal. May 27, 2017), https://bit.ly/2O9c3eP.  This

1  publication is issued by the California Legislative Information, a website that is
2  maintained by the California Legislative Counsel, a public agency. On December
3  30, 2019, I printed this publication from the official California Legislative
4  Information website:
5  https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201720180
6  SB29 and the attached publication is an accurate reflection of what appeared on the
7  website.

8      12.    Attached to the concurrently filed Appendix of Exhibits as Exhibit P is
9  a true and correct copy of a publication entitled: Assemb. Comm. on Judiciary,
10 Analysis of SB-29, 2017–18 Legislative Session, 1st Sess., at 2, 4 (Cal. June 27,
11 2017), https://bit.ly/2O9c3eP. This publication is issued by the California Legislative
12 Information, a website that is maintained by the California Legislative Counsel, a
13 public agency. On December 30, 2019, I printed this publication from the official
14 California Legislative Information website:
15 https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201720180
16 SB29 and the attached publication is an accurate reflection of what appeared on the
17 website.

18     13.    Attached to the concurrently filed Appendix of Exhibits as Exhibit Q is
19 a true and correct copy of a publication entitled: California Department of
20 Corrections and Rehabilitation, Monthly Report of Population (Dec. 1, 2019),
21 https://bit.ly/38ZnK07. This is a publication issued by the California Department of
22 Corrections and Rehabilitation, a public authority. On December 30, 2019, I printed
23 the publication from the California Department of Corrections website:
24 https://www.cdcr.ca.gov/research/wp-
25 content/uploads/sites/174/2019/12/Tpop1d1911.pdf and the attached publication is
26 an accurate reflection of what appeared on the website.

27     14.    Attached to the concurrently filed Appendix of Exhibits as Exhibit R is
28 a true and correct copy of a publication entitled: Press Release, Assembly Member

1  Rob Bonta, Bonta Introduces Bills Ending State's Involvement in For-Profit, Private
2  Prison Industry (Dec. 3, 2018), https://bit.ly/2Pga7Ch.  On December 30, 2019, I
3  printed this publication from the official website of California Assembly Member
4  Rob Bonta: https://a18.asmdc.org/press-releases/20181203-bonta-introduces-bills-
5  ending-states-involvement-profit-private-prison and the attached publication is an
6  accurate reflection of what appeared on the website.

7       15.    Attached to the concurrently filed Appendix of Exhibits as Exhibit S is
8  a true and correct copy of a publication entitled:  Senate Rules Comm., Senate Floor
9  Analyses for AB-32, 2019–20 Legislative Session, 1st Sess., at 5, 8 (Cal. Sept. 9,
10 2019), https://bit.ly/35htShk.  This publication is issued by the California Legislative
11 Information, a website that is maintained by the California Legislative Counsel, a
12 public agency.  On December 30, 2019, I printed this publication from the official
13 California Legislative Information website:
14 https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201920200
15 AB32 and the attached publication is an accurate reflection of what appeared on the
16 website.

17      16.    Attached to the concurrently filed Appendix of Exhibits as Exhibit T is
18 a true and correct copy of a news article entitled:  Don Thompson & Amy Taxin,
19 California to end its use of private, for-profit prisons, Associated Press (Oct. 11,
20 2019), https://bit.ly/2Pgb6C6.  The news article was reported by the Associated Press
21 and printed by an ABC10 in Sacramento.  On December 23, 2019, I printed this
22 publication from the ABC10 website:
23 https://www.abc10.com/article/news/local/california/california-to-end-its-use-of-
24 private-for-profit-prisons/103-8c00715f-c295-46be-9899-20eb83b04134 and the
25 attached publication is an accurate reflection of what appeared on the website.

26      17.    Attached to the concurrently filed Appendix of Exhibits as Exhibit U is
27 a true and correct copy of a publication entitled:  ERO Custody Mgmt. Div.,
28 Authorized Dedicated Facility List (Dec. 2, 2019), https://bit.ly/2PXHNmM.  The

1  publication is issued by U.S. Immigration and Customs Enforcement, a public
2  authority. On December 31, 2019, I printed the publication from the official website
3  of the Department of Homeland Security:
4  https://www.ice.gov/doclib/facilityInspections/dedicatedNonDedicatedFacilityList.
5  xlsx and the attached publication is an accurate reflection of what appeared on the
6  website.
7      I declare under penalty of perjury under the laws of the United States of
8  America and the State of California that the foregoing is true and correct. Executed
9  this 31st day of December, 2019, at Newport Beach, California.



C. Kendie Schlecht