Charles J. Cooper (Appearing *Pro Hac Vice*),
DC Bar No. 248070
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

Michael W. Battin, CBN 183870
NAVIGATO & BATTIN, LLP
755 West A Street, Suite 150
San Diego, CA 92101
Telephone: (619) 233-5365
Email: mike@navbat.com

*Attorneys for Plaintiff The GEO Group, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC., | Case No. 19cv2491-JLS-WVG |
| Plaintiff, | Assigned to District Judge Janis L. Sammartino |
| v. | Assigned to Magistrate Judge William v. Gallo |
| GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | **DECLARATION OF AMBER MARTIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | [*Notice of Motion and Motion; Memorandum of Points and Authorities, Declaration of C. Kendie Schlecht, Appendix of Exhibits filed concurrently herewith; Order lodged concurrently herewith*] |
| | Hearing Date: April 16, 2020<br>Hearing Time: 1:30 p.m.<br>Place: 4D (4th Floor – Schwartz) |
| | FILE DATE: December 30, 2019<br>TRIAL DATE: No Date Set |

19CV2491-JLS-WVG
MARTIN DECL. ISO MOT.PRELIM. INJ.

I, Amber Martin, declare as follows:

1. I am the Executive Vice President of Contract Administration for The GEO Group, Inc. (GEO). Except as stated upon information and belief, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify under oath competently thereto.

2. The GEO Group, Inc. is a publicly traded corporation that owns and operates detention facilities worldwide. As a contractor for the Federal Government, GEO provides detention services for both the U.S. Marshals Service (USMS) and Immigration and Customs Enforcement (ICE) in the State of California.

## I. GEO's U.S. Marshals Service Detention Facilities in California

3. GEO operates two USMS facilities in California: the Western Region Detention Facility and the El Centro Service Processing Center.

### A. Western Region Detention Facility

4. The Western Region Detention Facility, located at 220 West C Street, San Diego, CA 92101, was originally built by the County of San Diego as a maximum-security correctional facility. It has a capacity of 725 beds.

5. In 1999, GEO leased the facility from the County, and GEO began housing USMS detainees at Western Region in 2000.

6. USMS renewed its contract with GEO on November 14, 2017, for a base period of approximately two years. The contract included four options that USMS could exercise to continue the services by two years per option. Thus, the contract's period of performance is 10 years, through September 30, 2027.

7. USMS exercised its first option under the contract on October 1, 2019, thereby continuing GEO's contract with USMS through September 30, 2021.

8. The Western Region Detention Facility is one of only two USMS facilities currently located in San Diego, California. The other, Metropolitan Correction Center (MCC) San Diego, is a Federal Bureau of Prisons facility located at 808 Union Street, San Diego, CA 92101.

9. The next-closest USMS facility outside of San Diego—Otay Mesa Detention Center—is also privately run. It is primarily used by U.S. Immigration and Customs Enforcement to house aliens and is described more fully below.

10. Thus, if no privately run USMS detention facilities were permitted in California, there would be only one USMS detention facility in the San Diego area (i.e., MCC San Diego).

11. Other than the single non-private USMS San Diego facility, the next-closest non-private USMS facilities are located approximately 90 miles away from San Diego in Santa Ana, California.

**B.   El Centro Service Processing Center**

12. The El Centro Service Processing Center, located at 1115 North Imperial Avenue, El Centro, CA 92243, has a capacity of 512 beds.

13. El Centro is owned by U.S. Immigration and Customs Enforcement, which has authorized USMS to use the facility for USMS detainees.

14. GEO was awarded a contract to operate El Centro on December 23, 2019. The base contract period is for two years, starting on December 23, 2019, with the Marshals retaining the authority to exercise three additional two-year options and one nine-month option. Thus, the El Centro contract's period of performance runs through September 25, 2028.[1]

**II.   GEO'S ICE Detention Facilities in California**

15. GEO operates five ICE detention facilities in California: Adelanto ICE Processing Center, Desert View Modified Community Correctional Facility (MCCF) (an annex to the Adelanto facility), Mesa Verde ICE Processing Center, Central Valley MCCF (an annex to the Mesa Verde facility), and Golden State MCCF

---

[1] In addition to these GEO facilities, it is worth noting that the Taft Correctional Institution, located at 1500 Cadet Road, Taft, CA 93268, has a capacity of 2,500 beds and is operated by Management & Training Corporation (MTC). The Taft facility is used to house aliens convicted of felonies. MTC's contract with the U.S. Bureau of Prisons concludes on January 31, 2020, though it has a bridge extension from February 1, 2020, until March 31, 2020.

(another annex to the Mesa Verde facility).

### A. Adelanto ICE Processing Center and Desert View MCCF

#### 1. Adelanto ICE Processing Center

16. The Adelanto ICE Processing Center is located at 10400 Rancho Road, Adelanto, CA 92301, and has a capacity of 1,940 beds. It was originally built by the City of Adelanto as a correctional facility. GEO purchased the eastern portion of the facility in 2008, and built the western portion in two phases in 2010 and 2015.

17. In May 2011, ICE entered into an intergovernmental service agreement (IGSA) with the City of Adelanto to house detainees, and the City contracted with GEO that same month to carry out the IGSA.

18. The City of Adelanto notified ICE and GEO on March 27, 2019 that it would be terminating its contract with ICE effective June 2019.

19. ICE then entered into a contract directly with GEO to continue operating the Adelanto facility. The contract between ICE and GEO, which was signed on June 25, 2019, was due to expire on March 25, 2020.

20. On December 19, 2019, ICE entered into a new contract with GEO to continue operating the Adelanto facility. The contract has a period of performance starting on December 20, 2019, and ending December 19, 2034. ICE has the option of terminating the contract early every five years, with the first such option occurring on December 20, 2024.

21. GEO has continued to operate the Adelanto facility under the terms of the new ICE contract since December 20, 2019, in much the same manner as it was operating prior to signing the new contract.

#### 2. Desert View MCCF

22. Desert View MCCF is located at 10450 Rancho Rd, Adelanto, CA 92301, and has a capacity of 750 beds. It is currently a prison owned and operated by GEO under contract with CDCR. CDCR has notified GEO that it will terminate its contract with GEO effective March 31, 2020.

23. On September 20, 2019, ICE executed a modification to its Adelanto contract to incorporate the Desert View facility as an "annex."

24. The Desert View facility is now incorporated into the same contract as the Adelanto facility, with a period of performance beginning on December 20, 2019 and continuing through December 20, 2034. ICE has the option of terminating the contract early every five years, with the first such option occurring on December 20, 2024.

25. Under the contract, GEO is obligated to immediately begin "Pre-Transition/Mobilization" activity, with a period of performance beginning on December 20, 2019, during which it must begin preparing the facility to receive ICE detainees. GEO began that process as soon as the contract became effective.

26. GEO has continued to operate the Desert View facility under the new ICE contract since December 20, 2019, even as it concurrently phases out CDCR operations at Desert View.

### B. Mesa Verde ICE Processing Center, Central Valley MCCF, and Golden State MCCF

#### 1. Mesa Verde ICE Processing Center

27. The Mesa Verde ICE Processing Center is located at 425 Golden State Avenue, Bakersfield, CA 93301, and has a capacity of 400 beds. It was originally built as a minimum-security correctional facility. It has been owned and operated by GEO since 2015.

28. In January 2015, ICE entered into an IGSA with the City of McFarland to house ICE detainees, and that same month, the City contracted with GEO to carry out the IGSA.

29. The City of McFarland notified ICE on December 19, 2018, that it would be terminating its contract with ICE effective March 2019. The City had notified GEO on November 30, 2018, of its intent to terminate the IGSA, stating that it "ha[d] been a satisfactory arrangement for the City until recent adoption by the State of California of legislation impacting facilities such as Mesa Verde, including .

. . AB 103 and the recent demands by the State Attorney General and Auditor relating to inquiries authorized under [AB-103, *inter alia*]."

30. On March 5, 2019, ICE entered into a contract directly with GEO to continue operating the Mesa Verde facility. The contract between ICE and GEO was due to expire on March 18, 2020.

31. On December 19, 2019, ICE entered into a new contract with GEO to continue operating the Mesa Verde facility. The contract has a period of performance starting on December 20, 2019 and ending December 19, 2034. ICE has the option of terminating the contract early every five years, with the first such option occurring on December 20, 2024.

32. GEO has continued to operate the Mesa Verde facility under the terms of the new ICE contract since December 20, 2019, in much the same manner as it was operating prior to signing the new contract.

### 2. Central Valley MCCF

33. Central Valley MCCF is located at 254 Taylor Avenue, McFarland, CA 93250, and has a capacity of 700 beds. It is a GEO-owned prison previously operated by GEO under contract with CDCR. CDCR terminated its contract with GEO on July 10, 2019, effective September 30, 2019.

34. On September 20, 2019, ICE executed a modification to its Mesa Verde contract to incorporate the Central Valley facility as an "annex."

35. The Central Valley facility is now incorporated into the Mesa Verde contract, with a period of performance starting on December 20, 2019, and ending December 19, 2034. ICE has the option of terminating the contract early every five years, with the first such option occurring on December 20, 2024.

36. Under the contract, GEO is obligated to immediately begin "Pre-Transition/Mobilization" activity, with a period of performance beginning on December 20, 2019, during which it must begin preparing the facility to receive ICE detainees. GEO began that process as soon as the contract became effective.

37. GEO has continued to operate the Central Valley facility under the terms of the new ICE contract since December 20, 2019.

### 3. Golden State MCCF

38. Golden State MCCF is located at 611 Frontage Road, McFarland, CA 93250, and has a capacity of 700 beds. It is currently a prison owned and operated by GEO under contract with CDCR. CDCR has notified GEO that it will terminate its contract with GEO effective June 30, 2020.

39. On September 20, 2019, ICE executed a modification to its Mesa Verde contract to incorporate the Golden State facility as an "annex."

40. The Golden State facility is now incorporated into the Mesa Verde contract, with a period of performance starting on December 20, 2019, and ending December 19, 2034. ICE has the option of terminating the contract early every five years, with the first such option occurring on December 20, 2024.

41. Under the contract, GEO is obligated to immediately begin "Pre-Transition/Mobilization" activity, with a period of performance beginning on December 20, 2019, during which it must begin preparing the facility to receive ICE detainees. GEO began that process as soon as the contract became effective.

42. GEO has continued to operate the Golden State facility under the new ICE contract since December 20, 2019, even as it concurrently phases out CDCR operations at Golden State.

## C. Non-GEO Privately Operated ICE Detention Facilities

### 1. Imperial Regional Detention Facility

43. Imperial Regional Detention Facility is located at 1572 Gateway Road, Calexico, CA 92231, and has a capacity of 704 beds. It was, until recently, operated pursuant to an IGSA between ICE and the City of Holtville, California. The City had contracted with MTC—which owns the facility—to operate Imperial Regional since September 22, 2014.

///

44.     ICE terminated the IGSA effective September 21, 2019, and it entered into a contract directly with MTC to continue operating Imperial Regional effective September 22, 2019. ICE entered into a new contract with MTC that became effective on December 20, 2019, with a base period of performance running through December 19, 2024. The contract contains two five-year options, so the contract expires on December 19, 2034.

### 2.     Otay Mesa Detention Center

45.     Otay Mesa Detention Center is located at 7488 Calzada de la Fuente, San Diego, CA 92231, and has a capacity of 1,994 beds. It is jointly used by USMS and ICE. It is owned and operated by CoreCivic, formerly known as Corrections Corporation of America, under a direct contract with ICE. ICE entered into a new contract with CoreCivic that became effective on December 20, 2019, with a base period of performance running through December 19, 2024. The contract contains two five-year options, so the contract expires on December 19, 2034.

## III.    Copies of GEO Contracts

46.     Attached to the Appendix of Exhibits as Exhibit A is a true and accurate copy of the relevant section of GEO's November 14, 2017, contract with USMS to operate the Western Region Detention Facility.

47.     Attached to the Appendix of Exhibits as Exhibit B is a true and accurate copy of the relevant section of USMS's exercise of its option to continue having GEO operate the Western Region Detention Facility through September 30, 2021.

48.     Attached the Appendix of Exhibits as Exhibit C is a true and accurate copy of the relevant section of GEO's December 23, 2019, contract with USMS to operate the El Centro Service Processing Center.

49.     Attached to the Appendix of Exhibits as Exhibit D is a true and accurate copy of the section of GEO's December 19, 2019, contract with ICE to operate the Adelanto ICE Processing Center and Desert View MCCF.

/ / /

50. Attached to the Appendix of Exhibits as Exhibit E is a true and accurate copy of the relevant section of GEO's December 19, 2019, contract with ICE to operate the Mesa Verde ICE Processing Center, Central Valley MCCF, and Golden State MCCF.

51. The section of each of the foregoing contracts relevant to my declaration is the section describing the contract term. I have omitted those sections that describe how GEO is to perform its contracts, since those are not relevant to my declaration and would add hundreds of unnecessary pages.

52. All the foregoing contracts—Exhibits A through E—have been redacted where appropriate to remove trade-secret information and bank-routing identifiers.

**IV.    Financial Impact of AB-32 on GEO**

53. My understanding is that California Assembly Bill 32 (AB-32) would require GEO to cease operating its USMS and ICE detention facilities in California when the facilities' respective contracts expire (not including any extension made to or authorized by the contracts). Based on my familiarity with GEO's contracts with USMS and ICE relating to the California detention facilities discussed above, as well a financial-impact analysis prepared under my supervision, I can testify to the financial impact that AB-32 would have on GEO.

54. If AB-32 forces GEO to close its USMS and ICE detention facilities in California, GEO would lose an average of over $250 million per year in revenue over the next fifteen years.

55. GEO invested over $300 million in acquiring, constructing, outfitting, and otherwise making ready for use its USMS and ICE detention facilities in California, all of which would be lost if GEO were no longer able to use those facilities for their intended purposes. The replacement cost of these detention facilities is approximately $500 million.

/ / /

/ / /

56. Thus, if AB-32 forces GEO to close its USMS and ICE detention facilities in California, GEO could lose over $4 billion in capital investment and future revenue over the next fifteen years.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 31st of December, 2019, in Boca Raton, Florida.

_____
Amber Martin