Charles J. Cooper (Appearing *Pro Hac Vice*),
DC Bar No. 248070
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

Michael W. Battin, CBN 183870
NAVIGATO & BATTIN, LLP
755 West A Street, Suite 150
San Diego, CA 92101
Telephone: (619) 233-5365
Email: mike@navbat.com

*Attorneys for Plaintiff The GEO Group, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendants. | Case No. 19cv2491-JLS-WVG <br><br> Assigned to District Judge Janis L. Sammartino <br><br> Assigned to Magistrate Judge William v. Gallo <br><br> **APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> [*Notice of Motion and Motion, Memorandum of Points and Authorities, Declarations of Amber Martin and C. Kendie Schlecht filed concurrently herewith; Order lodged concurrently herewith*] <br><br> Hearing Date: April 16, 2020 <br> Hearing Time: 1:30 p.m. <br> Place: 4D (4th Floor – Schwartz) <br><br> FILE DATE: December 30, 2019 <br> TRIAL DATE: No Date Set |

19CV2491-JLS-WVG
APPENDIX OF EXS. ISO MTN. PRELIM. INJ.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff The GEO Group, Inc. (GEO) submits this Appendix of Exhibits in support of its Motion for Preliminary Injunction.

## APPENDIX OF EXHIBITS

| Exh. No. | Document | Pages |
|---|---|---|
| A | GEO's November 14, 2017, contract with USMS to operate the Western Region Detention Facility | 5-22 |
| B | USMS's exercise of its option to continue having GEO operate the Western Region Detention Facility through September 30, 2021 | 23-50 |
| C | GEO's December 23, 2019, contract with USMS to operate the El Centro Service Processing Center | 51-66 |
| D | GEO's December 19, 2019, contract with ICE to operate the Adelanto ICE Processing Center and Desert View MCCF | 67-81 |
| E | GEO's December 19, 2019, contract with ICE to operate the Mesa Verde ICE Processing Center, Central Valley MCCF, and Golden State MCCF | 82-100 |
| F | U.S. Marshals Serv., Defendants in Custody and Prisoner Management, https://bit.ly/2MSd4Wv | 101-103 |
| G | U.S. Marshals Serv., Fact Sheet: Prisoner Operations (2019), https://bit.ly/2Yi5RED | 104-106 |
| H | U.S. Marshals Serv., FY 2020 Performance Budget President's Budget: Federal Prisoner Detention Appropriation (2019), https://bit.ly/2SnzdAx | 107-123 |
| I | U.S. Marshals Serv., USMS Detention Population (Apr. 31, 2019), https://bit.ly/2BmUFMp | 124-126 |
| J | U.S. Immigration & Customs Enf't, Celebrating the History of ICE (Mar. 1, 2019), https://bit.ly/35Jas68 | 127-131 |

| Exh. No. | Document | Pages |
|---|---|---|
| K | Statement of Matthew T. Albence, Acting Dir., U.S. Immigration & Customs Enf't, The Fiscal Year 2020 President's Budget Request (July 25, 2019), https://bit.ly/2Bllfp9 | 132-142 |
| L | U.S. Immigration & Customs Enf't, Dep't of Homeland Sec., Budget Overview: Fiscal Year 2020 Congressional Justification (2019), https://bit.ly/336G3g3 | 143-155 |
| M | Audrey Singer, Cong. Research Serv., R45804, Immigration: Alternatives to Detention (ATD) Programs (July 8, 2019), https://bit.ly/2ojQNsE | 156-162 |
| N | Caitlin Dickerson, *ICE Faces Migrant Detention Crunch as Border Chaos Spills Into Interior of the Country*, N.Y. Times (Apr. 22, 2019), https://nyti.ms/2BEKvGS | 163-166 |
| O | Senate Rules Comm., Senate Floor Analyses for SB-29, 2017–18 Sess. (Cal. May 27, 2017), https://bit.ly/2O9c3eP | 167-174 |
| P | Assemb. Comm. on Judiciary, Analysis of SB-29, 2017–18 Sess. (Cal. June 27, 2017), https://bit.ly/2O9c3eP | 175-185 |
| Q | Cal. Dep't of Corr. and Rehab., Monthly Report of Population (Dec. 1, 2019), https://bit.ly/38ZnK07 | 186-189 |
| R | Press Release, Assembly Member Rob Bonta, *Bonta Introduces Bills Ending State's Involvement in For-Profit, Private Prison Industry* (Dec. 3, 2018), https://bit.ly/2Pga7Ch | 190-192 |
| S | Senate Rules Comm., Senate Floor Analyses for AB-32, 2019–20 Sess. (Cal. Sept. 9, 2019), https://bit.ly/35htShk | 193-205 |
| T | Don Thompson & Amy Taxin, *California To End its Use of Private, For-Profit Prisons*, Associated Press (Oct. 11, 2019), https://bit.ly/2Pgb6C6 | 206-208 |

19CV2491-JLS-WVG
APPENDIX OF EXS. ISO MTN. PRELIM. INJ.

| Exh. No. | Document | Pages |
|---|---|---|
| U | ERO Custody Mgmt. Div., Authorized Dedicated Facility List (Dec. 2, 2019), https://bit.ly/2PXHNmM | 209-14 |

Dated:   December 31, 2019

By: */s/ Michael B. McClellan*

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA  92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

Charles J. Cooper,* DC Bar No. 248070
Michael W. Kirk,* DC Bar No. 424648
J. Joel Alicea,* DC Bar No. 1022784
Steven J. Lindsay,* VA Bar No. 92363
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com
*Appearing *Pro Hac Vice*

Michael W. Battin, CBN 183870
NAVIGATO & BATTIN, LLP
755 West A Street, Suite 150
San Diego, CA  92101
Telephone: (619) 233-5365
Email: mike@navbat.com

*Attorneys for Plaintiff The GEO Group, Inc.*