UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>                               Plaintiff,<br><br>v.<br><br>GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                              Defendants. | Case No.: 19-CV-2491 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION RE: HEARING AND BRIEFING DATES FOR MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS**<br><br>(ECF No. 17) |

      Presently before the Court is Plaintiff The GEO Group, Inc. and Defendants Governor Gavin Newsom and Attorney General Xavier Becerra's Joint Motion re: Hearing and Briefing Dates for Motion for Preliminary Injunction and Motion to Dismiss ("Joint Mot.," ECF No. 17). Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, the Court **CONTINUES** the hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' forthcoming Motion to Dismiss to April 23, 2020 at 1:30 p.m. in Courtroom 4D. Defendants' opposition to Plaintiff's Motion for Preliminary Injunction, which **SHALL NOT EXCEED** forty-one (41) pages, and Motion to Dismiss **SHALL BE FILED** on or before March 5, 2020; Plaintiff's combined reply in support of its Motion for

Preliminary Injunction and in opposition to Defendants' Motion to Dismiss **SHALL BE FILED** <u>on or before March 26, 2020</u>; and Defendants' reply in support of their Motion to Dismiss **SHALL BE FILED** <u>on or before April 9, 2020</u>.

      **IT IS SO ORDERED.**

Dated: January 17, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge