UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>                               Plaintiff,<br><br>v.<br><br>GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                               Defendants.<br><br>AND ALL CONSOLIDATED CASES | Case No.: 19-CV-2491 JLS (WVG)<br><br>**ORDER REQUESTING ELECTRONIC SUBMISSION OF UNEXCERPTED CONTRACTS** |

    Plaintiff The GEO Group, Inc. ("GEO") submitted excerpts of five of the contracts at issue in the consolidated cases in support of its Motion for Preliminary Injunction ("Motion"). *See* ECF No. 15-5. During the July 16, 2020 hearing in the consolidated cases, the Court expressed interest in seeing the full contracts. Counsel for GEO indicated, "we would be happy to submit the entire contract," ECF No. 48 ("Tr.") at 21:16–17, and the Court responded, "Yes, I would like to see it. Submit it electronically, and that would be fine" *id.* at 22:1–2. To date, GEO has yet to submit the at-issue contracts to the Court.

    In accordance with GEO's statements during the July 16, 2020 hearing, GEO

**SHALL SUBMIT** in full the five contracts previously excerpted as Exhibits A through E to the Appendix to its Motion to efile_sammartino@casd.uscourts.gov on or before October 2, 2020.

  **IT IS SO ORDERED.**

Dated: September 25, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge