1  BRIAN M. BOYNTON
   Acting Assistant Attorney General
2  BRIAN D. NETTER
3  Deputy Assistant Attorney General
   ALEXANDER K. HAAS
4  Director, Federal Programs Branch
5  JACQUELINE COLEMAN SNEAD
   Assistant Director, Federal Programs Branch
6  STEPHEN EHRLICH
7  Trial Attorney (N.Y. Bar No. 5264171)
   U.S. Department of Justice
8  Civil Division, Federal Programs Branch
9  P.O. Box 883
   Washington, DC 20044
10 Tel.: (202) 305-9803
11 Email: stephen.ehrlich@usdoj.gov

12 *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC., | Case No. 3:19-cv-02491-JLS-WVG |
| Plaintiff, | Case No. 3:20-cv-00154-JLS-WVG |
| v. | **THE PARTIES' RESPONSE TO THE CLERK'S NOTICE OF CONFLICT (ECF NO. 64)** |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | |

|   |   |   |
|---|---|---|
| 1 | The parties have conferred, and no party seeks any relief based on the Clerk of Court's notice that Judge Sammartino had an unknown conflict while she presided over this case. *See* ECF No. 64. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | DATED: August 23, 2021 | Respectfully submitted, |
| 6 | | |
| 7 | | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| 8 | | |
| 9 | | BRIAN D. NETTER<br>Deputy Assistant Attorney General |
| 10 | | |
| 11 | | ALEXANDER K. HAAS<br>Director, Federal Programs Branch |
| 12 | | |
| 13 | | JACQUELINE COLEMAN SNEAD<br>Assistant Director, Federal Programs Branch |
| 14 | | |
| 15 | | /s/ Stephen Ehrlich<br>STEPHEN EHRLICH |
| 16 | | Trial Attorney |
| 17 | | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 18 | | 1100 L Street, N.W.<br>Washington, DC  20005 |
| 19 | | Tel.:  (202) 305-9803 |
| 20 | | Email: stephen.ehrlich@usdoj.gov |
| 21 | | *Counsel for the United States* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |