**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAY 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Plaintiff-Appellant, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendants-Appellees, <br><br> and <br><br> STATE OF CALIFORNIA, <br><br> Defendant. | No.   20-56172 <br><br> D.C. Nos. <br> 3:19-cv-02491-JLS-WVG <br> 3:20-cv-00154-JLS-WVG <br> Southern District of California, <br> San Diego <br><br> **ORDER** |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellant,<br><br>and<br><br>THE GEO GROUP, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; STATE OF CALIFORNIA,<br><br>        Defendants-Appellees. | No.   20-56304<br><br>D.C. Nos.<br>3:19-cv-02491-JLS-WVG<br>3:20-cv-00154-JLS-WVG |

**MURGUIA**, Chief Judge.

Oral argument in these en banc cases will be held at 3:00 p.m. on Tuesday, June 21, 2022, in Courtroom Three of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.