UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE LUPE RODRIGUEZ | **ORDER OF TRANSFER** |

IT IS HEREBY ORDERED that the following cases be transferred from the calendar of Magistrate Judge William V. Gallo to the calendar of Magistrate Judge Lupez Rodriguez for all further proceedings. After this transfer, the case number should be changed to reflect the initials of Magistrate Judge Rodriguez. Therefore, in all case numbers, the "WVG" that appears after the case number should be changed to "LR." This change should be made on all future filings to ensure that all documents are properly sent to Magistrate Judge Rodriguez. All existing dates and deadlines associated with the below actions shall remain on calendar, unless modified by separate order of Magistrate Judge Rodriguez.

1. 19-CV-2491-RSH-WVG, *The Geo Group, Inc., et al. v. Gavin Newsom, et al.*
2. 20-CV-154-RSH-WVG, *The Geo Group, Inc., et al. v. Gavin Newsom, et al.*
3. 21-CV-1402-RBM-WVG, *Apodaca v. Weimer, et al.*
4. 22-CV-97-RSH-WVG, *Alonso v. San Diego County Sheriff Department*

5.  22-CV-776-CAB-WVG, *Toji v. Clinica de Salud Del Pueblo, Inc., et al.*

6.  22-CV-1264-RSH-WVG, *Alonso v. San Diego County Sheriff Department*

7.  22-CV-1418-RSH-WVG, *Verdugo v. City of Calexico, et al.*

8.  22-CV-1432-LL-WVG, *Gastelum v. Dillard's, Inc.*

**IT IS SO ORDERED.**

Dated: October 3, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge